IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN COPERTINO, | : Civil No. 1:24-CV-1949 |
| Plaintiff, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

AND NOW, this 17th day of February 2026, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge